# JUDGE FAILLA

Prob 22 (VAE Rev 4/13)

## TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 2:93cr117-2 |
| DOCKET NUMBER *(Rec. Court)* | 17 CRM 012 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Kenneth W. Kemp a/k/a "Lamont"; a/k/a "Al"; a/k/a "El" Bronx, New York | EASTERN DISTRICT OF VIRGINIA | Norfolk |

USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: JAN 09 2017

| NAME OF SENTENCING JUDGE |
|---|
| The Honorable J. Calvitt Clarke, Jr. |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM 9/2/2016 | TO 9/1/2021 |
|---|---|---|

**OFFENSE:**

Count 1: Conspiracy to Distribute and Possession with Intent to Distribute Cocaine and Cocaine Base, in violation of 21 U.S.C. 846.
Count 11, 14, and 17: Distribution of Cocaine Base, in violation of 21 U.S.C. 841(a)(1) and 18 U.S.C. 2.
Count 60 and 63: Did Cause Interstate Travel in Aid of Racketeering, in violation of 18 U.S.C. 1952(a)(3) and 18 U.S.C. 2.
Count 70: Possession with Intent to Distribute Cocaine, in violation of 21 U.S.C. 841(a)(1) and 18 U.S.C. 2.
Count 75: Distribution of Cocaine, in violation of 21 U.S.C. 841(a)(1) and 18 U.S.C. 2.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>EASTERN DISTRICT OF VIRGINIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the SOUTHERN DISTRICT OF NEW YORK upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

12/25/16
*Date*

*[signature]*
*Senior United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF NEW YORK</u>

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN 06 2017
*Effective Date*

*[signature]*
*United States ~~District~~ Judge*

HENRY PITMAN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

JUDGE FAILLA