Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.                                        Docket No. 0208 1:17CR00012

Kenneth W. Kemp

On September 02, 2016, the above named was placed on Supervised Release for a period of 60 months. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Kenneth W. Kemp be discharged from Supervised Release.

Respectfully submitted,

by _____
Zondra Jackson
U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this   17th   day of   April   , 20 20 .

_____
Honorable Katherine Polk Failla
U.S. District Judge